```
                                     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF FLORIDA

                                     CASE NO.  07-21728-Civ-GOLD
                                     MAGISTRATE P. A. WHITE
ERLIS JEAN-BAPTISTE,       :

       Plaintiff,          :

v.                         :         REPORT THAT CASE IS
                                        READY FOR TRIAL
JOSE GUTIERREZ,            :

       Defendant.          :
_____
```

In this *pro se* civil rights action pursuant to 42 U.S.C. §1983, a separate Report has been entered this date, recommending, for reasons stated therein, that the defendant Gutierrez's Motion for Summary Judgment (DE#37) be denied, and that the case proceed on the plaintiff Jean-Baptiste's claim that he was subjected to the use of excessive force, when, during the course of his arrest on July 24, 2003, Gutierrez shot him multiple times.  In conjunction with this Report, an Order is also being entered with instructions requiring the plaintiff to file an amended pretrial statement, as he was previously directed to do, and instructing the defendant thereafter to file his pretrial statement. The case is otherwise now at issue; and the parties have not consented to trial before a Magistrate Judge pursuant to 28 U.S.C. §636(c).

It is therefore respectfully recommended that this case be placed on the trial calendar of the District Judge.

Dated: February 20th, 2009.

                                                      UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable Alan S. Gold,
      United States District Judge

      Erlis Jean-Baptiste, Pro Se
      a/k/a Erlis Baptiste-Jean
      DC# 192393
      Dade Correctional Institution
      19000 S.W. 377th Street
      Florida City, FL 33034-6499

      Michael Brian Nadler, Esquire
      Wilfredo Antonio Ferrer, Esquire
      Miami-Dade County Attorney's Office
      111 N.W. 1st Street, Suite 2810
      Miami, FL 33128-1993